UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 15-00896 CBM (Ex) |
| Date | April 2, 2015 |

Title: *Lequita Dennard v. AEGON USA LLC, et al.*

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- NOTICE TO ALL PARTIES OF COURT ORDER RE: DEFENDANTS' MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF IOWA PURSUANT TO 28 U.S.C. § 1404(A)**

The Court finds that Defendants' Motion To Transfer Venue To the Northern District of Iowa Pursuant To 28 U.S.C. § 1404(a) (the "Motion") [Dkt. No. 24], currently set for hearing on April 14, 2015, is appropriate for decision without oral argument.

Accordingly, the hearing is vacated and no appearance is necessary on April 14, 2015.

Plaintiffs did not file an opposition to the Motion. Defendants also submit a declaration stating that Plaintiffs' counsel represented he would not oppose Defendants' Motion. [Dkt. No. 24-1.]

The Court, having read and considered the papers, hereby GRANTS Defendants' Motion.

**IT IS SO ORDERED.**

| | 00 : |
|---|---|
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk YS |